O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA C. D. T.,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO, Commissioner of Social Security,<br>Defendant. | Case No. 5:26-cv-00770-CBM-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, briefs, and other records on file herein (Dkt. 1, 7, 8, 13, 14), and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 15). No objections to the R&R were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the R&R is accepted and approved, and Judgment shall be entered affirming the decision of the Commissioner.

DATED: August 24, 2026

Hon. Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE