JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA C. D. T., Plaintiff, v. FRANK BISIGNANO, Commissioner of Social Security, Defendant. | Case No. 5:26-cv-00770-CBM-KES **JUDGMENT** |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation (Dkt. 15), pursuant to the Order Accepting Report and Recommendation of the U.S. Magistrate Judge, the decision of the Commissioner of the Social Security Administration is affirmed. Judgment is hereby entered against Plaintiff and in favor of the Commissioner.

DATED: August 24, 2026

Hon. Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE